# Walter Hendricks and Flora B. Hendricks v. George W. Dietrich and Julia A. Dietrich

[376 A.2d 770]

No. 109-76

Present: Barney, C.J., Daley, Larrow, Billings, and Hill, JJ.

Opinion Filed July 1, 1977

*Weber, Fisher, Perra & Gibson,* Brattleboro, for Plaintiffs.

*McCarty & Rifkin,* Brattleboro, for Defendants.

**Per Curiam.** This case was commenced as an action in district court formerly known as justice ejectment. After dismissal of the ejectment action, it was amended to a declaratory judgment action concerning the rights of the parties under an option to purchase after default. This became an action to try title, which is not cognizable in district court. 4 V.S.A. § 437.

*Judgment vacated for lack of jurisdiction in the trial court.*